**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Southern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Pacers, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>95-3034733 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>3334 Midway Dr.<br>San Diego, CA                    ZIP Code  92110 | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>San Diego | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    \*\*\* Michael T. O'Halloran CLS-B #99085 \*\*\*
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(1/08) | Page 2 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Pacers, Inc. |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Pacers, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Michael T. O'Halloran CLS-B
Signature of Attorney for Debtor(s)

Michael T. O'Halloran CLS-B #99085
Printed Name of Attorney for Debtor(s)

Law Office of Michael T. O'Halloran
Firm Name

1010 Second Avenue, Suite 1727
San Diego, CA 92101-4908

_____
Address

Email: MTO@Debtsd.com
619-233-1727  Fax: 619-233-6526
Telephone Number

August 27, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Jason Mohney
Signature of Authorized Individual

Jason Mohney
Printed Name of Authorized Individual

President
Title of Authorized Individual

August 27, 2009
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   Pacers, Inc.  
                Debtor(s)

Case No.  
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Lisa Breedlove<br>3546 28th St.<br>San Diego, CA 92104 | Lisa ~Breedlove | Lawsuit | | 911,181.00 |
| Tollis, Inc.<br>P.O. Box 408<br>Durand, MI 48429 | Tollis, Inc.<br>P.O. Box 408<br>Durand, MI 48429 | Rent | | 270,000.00 |
| LFP Productions, LLC<br>8484 Wilshire Blvd., Suite 900<br>Beverly Hills, CA 90211 | LFP Productions, LLC<br>8484 Wilshire Blvd., Suite 900<br>Beverly Hills, CA 90211 | License fees | | 14,000.00 |
| Betty Bogosian<br>3128 Zola Street<br>San Diego, CA 92106 | Betty Bogosian<br>3128 Zola Street<br>San Diego, CA 92106 | Rent | | 6,265.00 |
| Sysco Food Services<br>12180 Kirkham Road<br>Poway, CA 92064 | Sysco Food Services<br>12180 Kirkham Road<br>Poway, CA 92064 | All tangible assets | | 5,810.00<br><br>(0.00 secured) |
| HNIC, Inc.<br>3639 Midway Drive, Ste. B #335<br>San Diego, CA 92110 | HNIC, Inc.<br>3639 Midway Drive, Ste. B #335<br>San Diego, CA 92110 | Consulting fees | | 4,977.00 |
| Deja Vu Consulting, Inc.<br>3800 Capitol City Blvd, Ste. 1<br>Lansing, MI 48906 | Deja Vu Consulting, Inc.<br>3800 Capitol City Blvd, Ste. 1<br>Lansing, MI 48906 | License and consulting fees contract | | 3,250.00 |
| SP Media<br>P.O. Box 675936<br>Rancho Santa Fe, CA 92067 | SP Media<br>P.O. Box 675936<br>Rancho Santa Fe, CA 92067 | Advertising | | 3,150.00 |
| Showgirls of San Diego, Inc.<br>2720 Midway Drive<br>San Diego, CA 92110 | Showgirls of San Diego, Inc.<br>2720 Midway Drive<br>San Diego, CA 92110 | Maintenance contract | | 1,375.00 |
| Radiant Systems<br>P.O. Box 198755<br>Atlanta, GA 30384 | Radiant Systems<br>P.O. Box 198755<br>Atlanta, GA 30384 | Restock fee | Disputed | 1,032.00 |
| Old Variety, Inc.<br>P.O. Box 408<br>Durand, MI 48429 | Old Variety, Inc.<br>P.O. Box 408<br>Durand, MI 48429 | Advertising contract | | 800.00 |
| San Diego Pedi Cab<br>619 C Street<br>San Diego, CA 92101 | San Diego Pedi Cab<br>619 C Street<br>San Diego, CA 92101 | Advertising | | 625.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Pacers, Inc.                              Case No.
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Custom Printing<br>1033 Cudahy Place #A<br>San Diego, CA 92110 | Custom Printing<br>1033 Cudahy Place #A<br>San Diego, CA 92110 | Advertising | Disputed | 561.00 |
| Bell ATM Service, Inc.<br>8100 S. Akron St. #308<br>Englewood, CO 80112 | Bell ATM Service, Inc.<br>8100 S. Akron St. #308<br>Englewood, CO 80112 | Services | | 333.00 |
| San Diego City Beat<br>50 S. De Lacey Ave., Ste 200<br>Pasadena, CA 91105 | San Diego City Beat<br>50 S. De Lacey Ave., Ste 200<br>Pasadena, CA 91105 | Advertising | | 294.00 |
| Seth Aro<br>4882 Mt. Royal Pl.<br>San Diego, CA 92117 | Seth Aro<br>4882 Mt. Royal Pl.<br>San Diego, CA 92117 | Unclaimed payroll check | | 271.00 |
| Michelle Leiva<br>5084 Guava #110<br>La Mesa, CA 91941 | Michelle Leiva<br>5084 Guava #110<br>La Mesa, CA 91941 | Unclaimed payroll checks | | 227.00 |
| Jorge Aragon<br>018 Henry<br>Chula Vista, CA 91911 | Jorge Aragon<br>018 Henry<br>Chula Vista, CA 91911 | Wages | | 211.00 |
| Air Ads Inc.<br>1900 Joe Crosson Dr.<br>El Cajon, CA 92020 | Air Ads Inc.<br>1900 Joe Crosson Dr.<br>El Cajon, CA 92020 | Advertising | | 125.00 |
| Jessica Dodge<br>6586 Ambrosia Dr. #5408<br>Coronado, CA 92118 | Jessica Dodge<br>6586 Ambrosia Dr. #5408<br>Coronado, CA 92118 | Unclaimed payroll check | | 50.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   August 27, 2009                Signature   /s/ Jason Mohney
                                                  Jason Mohney
                                                  President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Air Ads Inc.
1900 Joe Crosson Dr.
El Cajon, CA 92020


Jorge Aragon
018 Henry
Chula Vista, CA 91911


Seth Aro
4882 Mt. Royal Pl.
San Diego, CA 92117


Bell ATM Service, Inc.
8100 S. Akron St.   #308
Englewood, CO 80112


Betty Bogosian
3128 Zola Street
San Diego, CA 92106


Mikel Bohi
2112 Garnet Ave.  #!A
San Diego, CA 92109


Lisa Breedlove
3546 28th St.
San Diego, CA 92104


Kristen Chapman
1666 Garnet Ave.  #612
San Diego, CA 92109


Custom Printing
1033 Cudahy Place  #A
San Diego, CA 92110

Deja Vu Consulting, Inc.
3800 Capitol City Blvd, Ste. 1
Lansing, MI 48906


Jessica Dodge
6586 Ambrosia Dr.  #5408
Coronado, CA 92118


Lisa Fisher
328 S. Ames St.
Denver, CO 80226


Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952


Hatch Irrigation
9732 San Remo Ct.
Santee, CA 92071


HNIC, Inc.
3639 Midway Drive, Ste. B #335
San Diego, CA 92110


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326


Michelle Leiva
5084 Guava  #110
La Mesa, CA 91941


LFP Productions, LLC
8484 Wilshire Blvd., Suite 900
Beverly Hills, CA 90211

```
Christina Miki
8433 Alado Pl.
El Cajon, CA 92021



David Baxter Norris
402 West Broadway, Suite 1140
San Diego, CA 92101



Old Variety, Inc.
P.O. Box 408
Durand, MI 48429



Esse Peter
801 Ash St., #604
San Diego, CA 92101



Sarah Peterson
2967 1/2 A St.
San Diego, CA 92102



Radiant Systems
P.O. Box 198755
Atlanta, GA 30384



Miranda Robson
1164 E. 1300 S.
Salt Lake City, UT 84105



San Diego City Beat
50 S. De Lacey Ave., Ste 200
Pasadena, CA 91105



San Diego Pedi Cab
619 C Street
San Diego, CA 92101
```

Showgirls of San Diego, Inc.
2720 Midway Drive
San Diego, CA 92110


SP Media
P.O. Box 675936
Rancho Santa Fe, CA 92067


State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001


Sysco Food Services
12180 Kirkham Road
Poway, CA 92064


Tollis, Inc.
P.O. Box 408
Durand, MI 48429


Variety News & Distribution Co
P.O. Box 408
Durand, MI 48429


John Williams
8586 Glenhaven St.
San Diego, CA 92123


John Williams
8586 Glenhaven St.
San Diego, CA 92123